UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Phyllis Stephens, individually and as personal representative of Billy Stephens, deceased,

Plaintiff,

vs.

JANSSEN PHARMACEUTICA, INC., A New Jersey corporation, JOHNSON & JOHNSON COMPANY, a New Jersey company, JOHN DOES 1-5, real names unknown.

Defendants.

Civil Action No. 01-CV-732 JMR/FLN

**STIPULATION AND ORDER OF EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for Defendant Johnson & Johnson to answer or otherwise plead in response to the Complaint in the above-entitled action is hereby extended until the Conditional Transfer Order to MDL-1355 becomes final and until the responsive pleading deadline is established by the MDL court as directed under the MDL Pretrial Order No. 1. This Stipulation and Order is without prejudice to further negotiations and/or further

MAY 4 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

applications to the Court regarding an additional extension of time to answer or otherwise plead in response to the Complaint.

**ROBINSON CALCAGNIE & ROBINSON**

Gale D. Pearson, #244673
1012 Grain Exchange Building
400 South Fourth Street
Minneapolis, MN 55415
(612) 332-0351
**Attorney for Plaintiff**

**FAEGRE & BENSON LLP**

Joseph M. Price, ## 88201
Sonia Miller-Van Oort, #278087
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 336-3000
**Attorneys for Defendant**

SO ORDERED:

The Honorable Franklin Noel
United States Magistrate Judge

M2:20384080.01